# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JSDQ MESH TECHNOLOGIES LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMCAST CABLE COMMUNICATIONS LLC.,<br><br>　　　　Defendant. | Case No. 1:14-cv-00411-GMS |

## STIPULATED MOTION FOR DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties recognizing and agreeing that all claims in this action relate only to Ericsson products, systems or services, which are subject to a concurrent settlement and dismissal of an action in the Court styled *JSDQ Mesh Technologies LLC v. BelAir Networks Inc. et al.,* Case No. 1:12-cv-00847, hereby move for an order in the form attached hereto dismissing only those Ericsson based claims WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: October 27, 2014

| PROCTOR HEYMAN LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Dominick T. Gattuso* | */s/ Kelly E. Farnan* |
| Dominick T. Gattuso (#3630) | Kelly E. Farnan (#4395) |
| Melissa N. Donimirski (#4701) | One Rodney Square |
| 300 Delaware Avenue, Suite 200 | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Phone: (302) 472-7300 | Phone: (302) 651-7705 |
| Fax: (302) 472-7320 | farnan@rlf.com |
| DGattuso@proctorheyman.com | |
| MDonimirski@proctorheyman.com | *Attorneys for Defendant* |

*Of Counsel:*
Timothy J. Haller
Daniel R. Ferri

NIRO, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
haller@nshn.com
dferri@nshn.com

Gabriel I. Opatken
NOBLE IP LLC
418 North Noble Street, Suite No. 4
Chicago, IL 60642
Phone: (773) 648-5433
gabriel@nobleipllc.com

***Attorneys for Plaintiff, JSDQ Mesh Technologies LLC***